```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION
```

```
UNITED STATES OF AMERICA        :
                                :
                                :
     v.                         :    CRIMINAL ACTION
                                :
                                :    NO. 1:1O-CR-86-RWS-ECS-2
ERNESTO ESCOBAR,                :
                                :
                                :
     Defendant.                 :
```

### REPORT AND RECOMMENDATION

This matter is before the Court on Defendant Escobar's Motion to Dismiss Counts 15 and 19 [Doc. 357] and his Motion for Discovery Prior to Authorization of Filing Death Penalty Notice [354].

In Defendant's Motion to Dismiss Counts 15 and 19, Defendant argues that the indictment is insufficient to allege a death penalty eligible offense under 18 U.S.C. § 924(j)(1) and 18 U.S.C. § 1111(b). The government responds that this motion is moot in view of the fact that the government is not pursing the death penalty against Defendant Escobar. Defendant filed no reply. Upon consideration, it appears that the motion to dismiss is **MOOTED** by the government's decision not to seek the death penalty. Accordingly, the motion to dismiss should be **DENIED as moot**.

The Motion for Discovery Prior to Death Penalty Authorization seeks early and expanded discovery of carious categories of

AO 72A
(Rev.8/82)

information from the government based upon the proposition that such discovery is required because this is a death penalty case. Because the government is not pursuing the death penalty against Defendant Escobar (or any other defendant in the case), this motion also appears to be **MOOT** and should likewise be **DENIED**.

Accordingly, **IT IS RECOMMENDED** that the Motion to Dismiss Counts 15 and 19 [Doc. 357] and the Motion for Discovery Prior to Authorization [Doc. 354] be **DENIED as moot**.

**SO REPORTED AND RECOMMENDED**, this 29th day of August, 2011.

>    */s/ E. Clayton Scofield III*
>    E. Clayton Scofield III
>    UNITED STATES MAGISTRATE JUDGE